THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
  v.
 Marty Craig
 McKinsey, Appellant,
 
 
 

Appeal From Marion County
Honorable R. Knox McMahon, Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-193
Submitted February 2, 2009  Filed May 6,
 2009    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, of
 Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER
 CURIAM:  Marty Craig McKinsey appeals
 his murder conviction and life sentence.  He contends the trial court erred in
 allowing a witness to testify about passing a polygraph test.  In his pro se
 brief McKinsey argues: (1) the trial court erred in failing to provide him an
 expert witness; (2) he was deprived of his Sixth Amendment right to trial by a
 fair and impartial jury because the trial court failed to excuse a juror who
 worked with the State's star witness; and (3) he received ineffective
 assistance of counsel.  After a thorough
 review of the record, counsel's brief, and McKinsey's pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.